TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00554-CR

The State of Texas, Appellant

v.

Gregory Warrick, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-95-0399-S, HONORABLE DICK ALCALA, JUDGE PRESIDING
 

PER CURIAM

 The State appeals the trial court's order granting appellee's motion to quash
enhancement paragraphs. The State has filed a motion to withdraw the appeal. No decision of
this Court has been delivered. The motion is granted and the appeal is dismissed. See Tex. R.
App. P. 59(b). 

Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on State's Motion

Filed: May 15, 1996

Do Not Publish